The Honorable John C. Coughenour

James A. Tupper, Jr., (WSBA #16873)
Lynne M. Cohee (WSBA #18496)
Cameron L. Long (WSBA #53014)
Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, WA  98121
Phone: (206) 493-2300
Fax: (206) 493-2310
tupper@tmw-law.com
cohee@tmw-law.com
long@tmw-law.com
*Attorneys for Defendant Pacific Coast Coal Company*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST COAL COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00306<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PACIFIC COAST COAL COMPANY |

Defendant PACIFIC COAST COAL COMPANY files this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1(a)(2) and hereby discloses, by and through its undersigned counsel, the following:

Pacific Coast Coal Company is a joint venture partnership 98% owned by Pacific Coast Coal Company, Inc., a Washington corporation, and 2% owned by Franklin Energy, L.L.C., a Washington limited liability company.

//

//

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT
Case No. 2:20-cv-00306

1

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

| | |
|---|---|
| 1 | Dated this 12th day of March, 2020. |
| 2 | |
| 3 | TUPPER MACK WELLS PLLC |
| 4 | |
| 5 | s/Cameron L. Long<br>Cameron L. Long, WSBA No. 53014 |
| 6 | *Attorney for Defendant Pacific Coast Coal Company* |
| 7 | |
| 8 | Tupper Mack Wells PLLC<br>2025 First Avenue, Suite 1100<br>Seattle, WA 98121 |
| 9 | Phone: (206) 493-2300/Fax: (206) 493-2310<br>long@tmw-law.com |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No. 2:20-cv-00306

2

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Western District of Washington at Seattle using the CM/ECF system which will cause a copy to be served upon the following:

Richard Smith, WSBA #21788
Meredith Crafton. WSBA #46558
Katherine Brennan, WSBA #51247
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98122

Dated this 12th day of March, 2020, at Seattle, Washington.

s/ Cameron L. Long
Cameron L. Long, WSBA #53014

4843-9133-7911, v. 1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No. 2:20-cv-00306

3

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310