HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | )<br>) |
| Plaintiff, | ) No. 2:20-cv-00306-JCC |
| v. | )<br>) NOTICE OF WITHDRAWAL OF |
| PACIFIC COAST COAL COMPANY, | ) KATHERINE BRENNAN<br>) |
| Defendant. | )<br>) |

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(2) and (3), Katherine Brennan of Smith & Lowney PLLC hereby withdraws as counsel of record for Plaintiff Puget Soundkeeper Alliance in the above-captioned matter. Richard A. Smith and Meredith Crafton, Smith & Lowney PLLC, will continue to act as counsel for Plaintiff in this matter

DATED this 17th day of June, 2020.

Smith & Lowney, pllc

By: *s/Richard Smith*
Richard Smith, WSBA # 21788
By: *s/Katherine Brennan*
Katherine Brennan, WSBA #51247
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: richard@smithandlowney.com, katherine.brennan88@gmail.com

NOTICE OF WITHDRAWAL - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883