THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PUGET SOUNDKEEPER ALLIANCE, | CASE NO. C20-0306-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| PACIFIC COAST COAL COMPANY, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of deadlines (Dkt. No. 16). The Court hereby GRANTS the motion and ORDERS the parties to adhere to the following deadlines:

| Subject | Current Deadline | New Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(f) Conference | 6/15/2020 | 7/15/2020 |
| Initial Disclosures | 6/22/2020 | 7/22/2020 |
| Joint Status Report | 6/29/2020 | 7/29/2020 |

//

//

MINUTE ORDER
C20-0306-JCC
PAGE - 1

DATED this 24th day of June 2020.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk