The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC COAST COAL COMPANY,<br><br>   Defendant. | Case No. 2:20-cv-00306-JCC<br><br>NOTICE OF WITHDRAWAL OF CAMERON L. LONG |

TO:         The Clerk of the Court;

AND TO:   Richard Smith and Meredith Crafton; Smith & Lowney, PLLC, Attorneys for Plaintiff Puget Soundkeeper Alliance.

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), Cameron Long of Tupper Mack Wells PLLC hereby withdraws as counsel of record for Defendant Pacific Coast Coal Company in the above-captioned matter. James Tupper, Lynne Cohee, and Bradford Doll of Tupper Mack Wells PLLC will continue to act as counsel for Defendant in this matter.

//

//

NOTICE OF WITHDRAWAL OF
CAMERON L. LONG
Case No. 2:20-cv-00306

1

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

1  Dated this 30th day of June, 2020.

2          TUPPER MACK WELLS PLLC

s/Cameron L. Long
Cameron L. Long, WSBA No. 53014
*long@tmw-law.com*

s/James A. Tupper
James A. Tupper, WSBA No. 16873
*tupper@tmw-law.com*

s/Lynne M. Cohee
Lynne M. Cohee, WSBA No. 18496
*cohee@tmw-law.com*

s/Bradford A. Doll
Bradford A. Doll, WSBA No. 38479
*doll@tmw-law.com*

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, WA 98121
Phone: (206) 493-2300/Fax: (206) 493-2310

*Attorneys for Defendant Pacific Coast Coal Company*

NOTICE OF WITHDRAWAL OF
CAMERON L. LONG
Case No. 2:20-cv-00306

2

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Western District of Washington at Seattle using the CM/ECF system which will cause a copy to be served upon the following:

Richard Smith, WSBA #21788
Meredith Crafton. WSBA #46558
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98122

Dated this 30th day of June, 2020, at Seattle, Washington.

s/ Cameron L. Long
CAMERON L. LONG, WSBA #53014

4836-8525-7409, v. 1

NOTICE OF WITHDRAWAL OF
CAMERON L. LONG
Case No. 2:20-cv-00306

3

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310