The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

    Plaintiff,

  v.

PACIFIC COAST COAL COMPANY,

    Defendant.

Case No. 2:20-cv-00306

[PROPOSED] CONSENT DECREE

STIPULATIONS

  Plaintiff, Puget Soundkeeper Alliance ("Plaintiff" or "Soundkeeper") sent a 60-day notice of intent to sue letter to defendant, Pacific Coast Coal Company ("Defendant" or "PCCC") on or about December 17, 2019 ("Notice Letter"). Soundkeeper then filed a complaint against Pacific Coast Coal Co. on February 26, 2020 alleging violations of the Clean Water Act, 33 U.S.C. § 1365(a)(1) and (f)(1) (unpermitted discharge in violation of 33 U.S.C. § 1311(a)) or, in the alternative (f)(7) (violation of National Pollutant Discharge Elimination System ("NPDES") permit), relating to discharges of stormwater and mine dewatering from point sources at PCCC's

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

1

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

facility in Black Diamond, Washington (the "Facility"), seeking declaratory judgment, injunctive relief, civil penalties, and attorneys' fees and costs ("Complaint"). *See* ECF No. 1.

For the purpose of this Consent Decree ("Decree"), this Court has jurisdiction over Soundkeeper's claims against PCCC.

Soundkeeper and PCCC (the "Settling Parties") agree that the settlement is in the best interest of the Parties and that entry of this Decree is the most appropriate means of resolving this matter.

The Parties stipulate to the entry of this Decree without trial, adjudication, or admission of any issues of fact regarding the claims and allegations set forth in the Complaint or Notice Letter.

| SMITH AND LOWNEY, PLLC | TUPPER MACK WELLS PLLC |
|---|---|
| By: s/ Richard Smith | By: s/ Bradford Doll |
| Richard Smith, WSBA # 21788 | Bradford Doll, WSBA No. 38479 |
| *Attorneys for Puget Soundkeeper Alliance* | *Attorneys for Pacific Coast Coal Company* |
| PUGET SOUNDKEEPER ALLIANCE | PACIFIC COAST COAL COMPANY |
| By: s/ Walter S. Tasler  Authorized Representative | By: s/ David J. Morris  General Manager |

ORDER AND DECREE

THIS MATTER having come before the Court upon the foregoing stipulations of the Parties, and the Court having considered the stipulations and terms and conditions set forth below, the Court HEREBY ORDERS, ADJUDGES, AND DECREES the following:

1. This Court has jurisdiction over the Parties and the subject matter of this action for purposes of this Consent Decree.

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

2

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300 FAX 206.493.2310

2. The representative for each party certifies that he or she is fully authorized to enter into the terms and conditions set forth in this Consent Decree and to legally bind the party, and the party's successors in interest, and assigns to it.

3. This Consent Decree applies to and binds the Settling Parties and any of the Settling Parties' successors in interest and assigns who are not existing parties in this litigation.

4. This Consent Decree constitutes a full and complete settlement of the claims alleged in the Complaint in this case and all other claims, known and unknown, existing as of the date of entry of this Consent Decree, that Soundkeeper could have asserted against PCCC arising under the Clean Water Act, 33 U.S.C. §§ 1251-1387 with respect to the Facility.

5. This Consent Decree is a settlement of disputed facts and law. It is not an admission or adjudication regarding any allegations by Soundkeeper in this case or of any fact or conclusion of law related to those allegations. This Consent Decree shall not constitute evidence in any proceeding with respect to any allegation against PCCC, any fact or conclusion of law with respect to any matter alleged against PCCC, or admission or evidence of any wrongdoing or misconduct on the part of PCCC, its successors or assigns.

6. This Court shall retain jurisdiction for the purposes of issuing such further orders and directions as may be necessary and appropriate for the implementation of, enforcement of compliance with, or disputes regarding this Consent Decree. A precondition to any application to the Court under this paragraph is that the Parties must first attempt to informally resolve the dispute through meetings between the Parties by serving written notice of request for resolution to the Parties and their counsel of record. If no resolution is reached within ninety (90) days from the date that the notice of dispute is served, the Parties may resolve the dispute by filing motions with the court.

7. The Parties recognize that no consent judgment can be entered in a Clean Water Act suit in which the United States is not a party prior to forty-five (45) days following the

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

3

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. EPA pursuant to 33 U.S.C. § 1365(c)(3).  Therefore, upon the signing of this Decree by the Parties, Plaintiff shall serve copies of it upon the Administrator of the U.S. EPA and the Attorney General, with a copy to Defendant.  The Parties shall also mail a copy of this Decree at the same time to the Regional Administrator of Region 10 of the U.S. EPA pursuant to 40 C.F.R. § 135.5.

8. This Consent Decree shall take effect upon entry by the Court. It terminates in five years or when PCCC provides written notice of completion of reclamation as occasioned by the Office of Surface Mining Reclamation and Enforcement's ("OSMRE") approval of the initial Phase 1 Bond release to Soundkeeper to the addresses identified in paragraph 17 regarding communications and notifications below, whichever occurs first.

9. In consideration of PCCC's obligations under this Consent Decree, PSA covenants not to sue PCCC, its officers, members, successors, parents, or affiliates ("PCCC Parties"), or to support financially or otherwise any person to sue the PCCC Parties for exceeding the discharge limitations in Condition S1 of the Facility's NPDES permit fewer than two times in a year for parameters other than Phosphorus and two times a year for exceedances of the Phosphorus limit.  The Plaintiff's release and covenant not to sue, limited to the claims described in this paragraph, will survive the termination of this Decree.

10. PCCC is currently in the process of reclamation.  PCCC agrees not to recommence coal mining at its Facility located at or about 30700 Black Diamond-Ravensdale Road, Black Diamond, Washington 98010. PCCC's commitment not to recommence coal mining at this facility will survive the termination of this Decree.

11. Within fourteen (14) days of the effective date of this Decree, Pacific Coast Coal Co. shall pay the sum of FIVE THOUSAND DOLLARS ($5,000.00) to Mid Sound Fisheries Enhancement Group for a restoration project to improve water quality within the Soos Creek

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

4

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

basin, which is downstream of Rock Creek and the discharge points for the John Henry Mine at described in **Attachment A** to this Consent Decree. Payment shall be made to the order of and delivered to Mid Sound Fisheries Enhancement Group. Payment shall include the following reference in a cover letter or the check: "Consent Decree, Puget Soundkeeper Alliance v. Pacific Coast Coal Co." PCCC shall provide a copy of the check and cover letter, if any, to Soundkeeper and its counsel at the addresses identified in paragraph 17 regarding "communications" below.

12. Within fourteen (14) days of the effective date of this Decree, Defendant shall pay Plaintiff's attorney's fees, expert fees, and costs in the amount of SIXTY THOUSAND DOLLARS ($60,000.00) by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, Attn: Richard Smith. Defendant's payment shall be in full and complete satisfaction of any claims that Plaintiff has or may have, either legal or equitable, and of any kind or nature whatsoever, for fees (including attorneys' and consultants' fees), expenses, and costs incurred in this matter. Smith & Lowney shall provide a sworn statement that Plaintiff's contemporaneous time records of fees and costs exceed $60,000.00.

13. In the event that Defendant fails, during the term of this Consent Decree as provided in paragraph 8, to meet the terms and conditions of Condition S1 of its Permit WA00030830 (as modified Dec. 28, 2012), subject to paragraph 6 Defendant agrees to an additional one-time payment in lieu of penalty of TEN THOUSAND DOLLARS ($10,000.00) to Mid Sound Fisheries Enhancement Group. However, pursuant to paragraph 9, the payment identified in paragraph 13 shall not be triggered by or owed as a result of PCCC exceeding the discharge limitations in Condition S1 of the Facility's NPDES permit fewer than two times in a year for parameters other than Phosphorus and two times a year for exceedances of the Phosphorus limit. Payment shall be made to the order of and delivered to Mid Sound Fisheries Enhancement Group. Payment shall include the following reference in a cover letter or the

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

5

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

check: "Consent Decree, Puget Soundkeeper Alliance v. Pacific Coast Coal Co." Pacific Coast Coal Co. shall provide a copy of the check and cover letter, if any, to Soundkeeper and its counsel at the addresses identified in paragraph 18 regarding "communications" below. This provision shall not survive the expiration of this Decree.

14. This Consent Decree may be modified only upon the written consent of the Parties and the approval of the Court.

15. If for any reason the Court should decline to approve this Decree in the form presented, then this Consent Decree and the settlement embodied herein shall be voidable at the sole discretion of either party. The Parties agree to continue negotiations in good faith in an attempt to cure any objection raised by the Court to entry of this Consent Decree.

16. PCCC will provide copies of documents evidencing or OSMRE correspondence confirming termination or resolution of OSMRE NOV #s N20-141-545-001; documents evidencing or OSMRE correspondence confirming that PCCC has moved into Phase II of reclamation; documents evidencing or correspondence confirming that PCCC has moved into Phase III of reclamation; PCCC's application for release of the reclamation bond; all sample lab reports; discharge monitoring reports; modifications to NPDES permit coverage; and all other submissions to and communications with Ecology concerning its NPDES Permit and compliance efforts to Soundkeeper on a quarterly basis for the term of this Consent Decree, which term is defined in paragraph 8 above.

17. All communications between the parties shall be through legal counsel. Notifications or copies required by this Consent Decree to be made to Plaintiff shall be delivered electronically to:
    Katelyn Kinn
    katelyn@pugetsoundkeeper.org

Notifications or copies required by this Consent Decree to be made to Defendant shall be delivered electronically to:

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306      6

Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

Bradford Doll
doll@tmw-law.com

19. A notice or other communication regarding this Consent Decree shall be effective when received unless the notice or other communication is received after 5:00 p.m. on a business day or on a day that is not a business day, then the notice shall be deemed received at 9:00 a.m. on the next business day.

IT IS SO ORDERED this _____ day of _____, 2021

_____
HON. JOHN C. COUGHENOUR

4829-7379-5802, v. 2

[PROPOSED] CONSENT DECREE
Case No. 2:20-cv-00306

7

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

**Big Soos Creek Riparian Restoration Proposal**
**Mid Sound Fisheries Enhancement Group**
in partnership with the **Green River Coalition**
March 31st, 2021

This is a proposal for a restoration project to improve water quality within the Soos Creek basin, which is downstream of Rock Creek and the discharge points for the John Henry Mine. Rock Creek flows into Lake Sawyer and Lake Sawyer's outlet stream is Covington Creek which then runs into Big Soos Creek which then outlets to the Green River just upstream of where Highway 18 crosses the river.

The Mid Sound Fisheries Enhancement Group is a non-profit corporation recognized under Section 501c3 of the United States Internal Revenue Code that is dedicated to community involvement in riparian and in-stream restoration projects to enhance habitat for wild fish in the mid-Puget Sound region. It does not engage in lobbying or political activities.

This riparian restoration proposal focuses on the approximately 2-mile stream reach from the outlet/confluence of Covington Creek with Big Soos Creek to just upstream of the Washington Department of Fish and Wildlife's salmon hatchery on Big Soos Creek. Mid Sound Fisheries and the Green River Coalition have been working in partnership over the past few years on a series of riparian restoration projects along this stretch of Big Soos Creek, with the permission of streamside landowners, to remove invasive plants and replant native riparian vegetation to improve habitat and water quality in the creek.

Recently our partnership has been invited by King County to assist them in forest and riparian restoration work to further improve water quality in Big Soos Creek on a newly acquired 26-acre parcel with 1700 feet of stream just upstream of the hatchery. The county is doing some initial treatment of invasive plants at the site and has invited us to work with them over the next several years to develop and implement native plant restoration plans for the property. Because of the size of the parcel and its current condition we expect this project to be a multi-year endeavor. Work will include developing and implementing a site preparation plan for control of invasive species, developing and implementing a planting plan using native plants to restore the buffer forest and riparian vegetation on the property, and stewarding the native plantings over the first few years to ensure their survival and growth.

Additional publicly owned parcels in this stream reach make up an additional 3,630 feet of stream, so in combination with the 26-acre parcel described above there is approximately a mile of the reach currently in public ownership. There may be opportunities for our partnership to assist in the restoration of riparian vegetation on these other publicly owned parcels as well. King County is also looking for opportunities to add to their lands in this reach so this partnership may expand to more parts of the 2-mile stretch between the confluence of Covington Creek and Big Soos Creek and the hatchery.

Our proposal is to fund our partnership's work developing and implementing site preparation and native plant restoration plans that will make a direct contribution to improving water quality and habitat in Big Soos Creek downstream of its confluence with Covington Creek.  The scope of the project has been scaled to the amount of funding available through supplemental environmental project funding from the John Henry Mine.

The proposed $5,000 project funding amount would achieve planning, site preparation, and installation of a 100 ft long by 150 ft wide riparian buffer on Big Soos Creek at the newly acquired 26-acre King County Parks parcel, now part of the Hatchery Natural Area. Planting plans would be developed by Green River Coalition interns with support from Mid Sound Fisheries Enhancement Group staff and King County Volunteer Program staff. 550 native trees and shrubs would be installed in Fall 2021 by Green River Coalition interns and community volunteers.